No. 84–755.  UNITED STATES *v.* MONTOYA DE HERNANDEZ.  C. A. 9th Cir.  [Certiorari granted, *ante*, p. 1188.]  Motion for

---

*See also note, *supra*, p. 1200.

appointment of counsel granted, and it is ordered that Peter M. Horstman, Esquire, of Los Angeles, Cal., be appointed to serve as counsel for respondent in this case.